Case Name: Gruszeczka, Mark
Case No:    07-71292

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: July 8, 2008                WILLIAM T. NEARY
                                          United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee