**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GRUSZECZKA, MARK J<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-71292 BARB<br><br>JUDGE Manuel Barbosa |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

        At:    U.S. BANKRUPTCY COURT
                211 S. Court Street
                Rockford, IL 61101
        on:   August 11, 2008
        at:   9:30 a.m.

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

    a.  Receipts                             $     32,014.20

    b.  Disbursements               $         0.00

    c.  Net Cash Available for Distribution  $     32,014.20

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG<br>(Trustee Fees) | 0.00 | $3,951.42 | |
| Ehrmann Gehlbach Badger & Lee<br>(Trustee's Firm Legal Fees) | 0.00 | $5,818.75 | |
| Ehrmann Gehlbach Badger & Lee<br>(Trustee's Firm Legal Expenses) | 0.00 | | $556.85 |

| MEGAN G. HEEG | 0.00 | $34.37 |
|---|---|---|
| (Trustee Expenses) | | |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.    Claims of general unsecured creditors totaling $45,333.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 47.76%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ | 4,147.13 | $ | 1,980.80 |
| 2 | Discover Bank/DFS Services LLC | $ | 11,561.54 | $ | 5,522.17 |
| 3 | Rockford Health Physicians | $ | 180.00 | $ | 85.97 |
| 4 | Wells Fargo Bank, N.A. | $ | 4,952.26 | $ | 2,365.36 |
| 5 | Portfolio Recovery Associates, LLC. c/o National C | $ | 2,275.24 | $ | 1,086.73 |
| 6 | SMITH HEATING & PLUMBING | $ | 798.06 | $ | 381.18 |
| 7 | LVNV Funding LLC its successors and assigns as | $ | 21,419.40 | $ | 10,230.60 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: See assets described Form as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: _____6.2.08_____          For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee:  MEGAN G. HEEG
Address:  Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL  61021
Phone No.:  (815) 288-4949

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: lorsmith              Page 1 of 2              Date Rcvd: Jul 09, 2008
Case: 07-71292                   Form ID: pdf002             Total Served: 37
```

The following entities were served by first class mail on Jul 11, 2008.
```
db          +Mark J Gruszeczka,    418 Sioux Lane,   Dixon, IL 61021-7367
aty         +John C Redington,   Tess and Redington,   P. O. Box 68,   Rochelle, IL 61068-0068
11389296     ATLANTIC CREDIT & FINANCE,   P.O. BOX 12966,   ROANOKE, VA 24030-2966
11389298     BANK OF AMERICA,   P.O. BOX 15726,   WILMINGTON , DE 19886-5726
11389297     BANK OF AMERICA,   P. BOX 15726,   WILMINGTON, DE 19886-5726
11389299     CAPITAL ONE BANK,   P.O. BOX 60024,   CITY OF INDUSTRY, CA 91716-0024
11389300     CHASE,   P.O. BOX 15548,   WILMINGTON, DE 19886-5548
11389301     CITI CARD,   P.O. BOX 688907,   DES MOINES, IA 50368-8907
11389302    +CITI MASTERCARD,   7920 NW 110TH STREET,   KANSAS CITY, MO 64153-1270
11389304    +DR. ANATOLY ROZMAN,   6116 MULFORD VILLAGE DRIVE,   ROCKFORD, IL 61107-6657
11389305    +DR. THEODORE ELLER,   2350 N. ROCKTON AVENUE,   ROCKFORD, IL 61103-3600
11389306     EMPI,   ROCKFORD, ILLINOIS 61103
11389307    +FIRST ASSOCIATES OF NORTHERN ILLINOIS,   C/O PBO INC.,   6785 WEAVER ROAD, SUITE D,
             ROCKFORD, ILLINOIS 61114-8055
11389308    +HARRY W. DARLAND,   2350 N. ROCKTON AVENUE, SUITE 209,   ROCKFORD, IL 61103-3689
11389309    +KATHERINE SHAW BETHESDA HOSPITAL,   124 LIBERTY,   DIXON, ILLINOIS 61021-1051
11389310    +MEDCHOICE MEDICAL CENTER LTD.,   P.O. BOX 6107,   ROCKFORD, IL 61125-1107
11389311    +MRS ASSOCIATES,   3 EXECUTIVE CAMPUS, SUITE 400,   CHERRY HILL, NJ 08002-4114
11389312     NCO FINANCIAL SERVICES,   P.O. BOX 15456,   WILMINGTON, DE 19850-5456
11389313   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: PORTFOLIO RECOVERY ASSOCIATES,   P.O. BOX 12914,   NORFOLK, VA 23541)
11593131    +Portfolio Recovery Associates, LLC. c/o National C,   POB 41067,   NORFOLK VA 23541-1067
11389314    +RMH PATHOLOGIST,   C/O PBO INC.,   6785 WEAVER ROAD, #D,   ROCKFORD, IL 61114-8055
11389315    +ROCKFORD HEALTH PHYSICIANS,   6785 WEAVER ROAD, SUITE D,   ROCKFORD, IL 61114-8055
11389316    +ROCKFORD MEMORIAL HOSPITAL,   2300 N. ROCKTON AVENUE,   ROCKFORD, IL 61103-3619
11389317    +ROCKFORD RADIOLOGY ASSOC,   2400 N. ROCKTON AVENUE,   ROCKFORD, IL 61103-3655
11574334    +Rockford Health Physicians,   CREDITORS' PROTECTION SERVICE, INC.,   PO Box 4115,
             ROCKFORD, IL 61110-0615
11389318    +SMITH HEATING & PLUMBING,   RRCA Acts Mgt Inc,   312 Locust St,   Sterling iL 61081-3539
11389319     UNION PLUS CREDIT CARD,   P.O. BOX 17051,   BALTIMORE, MD 21297-1051
11389320     VALENTINE & KEBARTAS, INC.,   P.O. BOX 325,   LAWRENCE, MA 01842-0625
11389321    +VCS, INC.,   7500 OFFICE RIDGE CIRCLE,   EDEN PRAIRIE, MN 55344-3782
11389322    +WELLS FARGO,   P.O. BOX 10347,   DES MOINES, IA 50306-0347
11577675    +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
             Des Moines, IA 50306-9210
```

The following entities were served by electronic transmission on Jul 10, 2008.
```
tr          +E-mail/Text: KATHY@EGBBL.COM                                Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
11389303     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2008 05:16:04     DISCOVER,   P.O. BOX 3008,
             NEW ALBANY, OH 43054-3008
11568468     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2008 05:16:04
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11680115     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11461057     E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2008 10:20:29
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11563062    +E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2008 10:20:33
             Recovery Management Systems Corporation,   For YESSG I,   As Assignee of HOUSEHOLD BANK,
             25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
                                                                                       TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
             Dixon, IL 61021-0447
                                                                                       TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3        User: lorsmith        Page 2 of 2            Date Rcvd: Jul 09, 2008
Case: 07-71292             Form ID: pdf002       Total Served: 37
```

```
        ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2008**                    **Signature:**        _Joseph Speetjens_